■ In the Matter of NEW YORK CITY TRANSIT AUTHORITY, Respondent, v MICHAEL COLLINS el al., Appellants, and SUB-

WAY SURFACE SUPERVISORS ASSOCIATION et al., Respondents. [624 NYS2d 876] —Appeal by Michael Collins and Alan Rabinowitz from an order and judgment (one paper) of the Supreme Court, Kings County (Garry, J.), dated August 27, 1992.

Ordered that the order and judgment is affirmed, with costs to the petitioner-respondent, for reasons stated by Justice Garry at the Supreme Court. Rosenblatt, J. P., Lawrence, Altman and Hart, JJ., concur.